UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| JASON A. SAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:18-CV-212-CHB |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered on this date, the Court hereby **ORDERS** and **ADJUDGES** as follows:

1. The decision of the Commissioner is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence and was decided by proper legal standards;

2. This matter is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. This judgment is **FINAL** and **APPEALABLE**.

This the 30th day of July, 2019.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY